## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO. 07-62** |
| | **:** | |
| **ABDUL MUHAMMED a/k/a** | **:** | |
| **Abdul Muhammud** | **:** | |

## ORDER

**AND NOW**, this 19th day of August, 2009, upon consideration of the Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 (Document No. 58), the defendant's response in opposition to the motion, the defendant's Motion to Vacate, Set Aside, Correct Sentence Under 28 U.S.C. § 2255 (Document No. 56), and after a careful review of the records, it is **ORDERED** that the motion to dismiss is **GRANTED** and the defendant's motion (Document No. 56) is **DISMISSED**.

 /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.