## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-62 |
| | : | |
| ABDUL MUHAMMED a/k/a | : | |
| Abdul Muhammud | : | |

## ORDER

**AND NOW**, this 6th day of April, 2011, upon consideration of the *pro se* Motion Under Section 28 U.S.C. 2201-2202 and F.R.A.P. Rule 65 (Document No. 72) and the government's response, it is **ORDERED** that the petition is **DISMISSED**.

                                            /s/Timothy J. Savage
                                          TIMOTHY J. SAVAGE,  J.