IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| ABDUL KARIEM MUHAMMED | : | CRIMINAL NO. 07-62 |

## ORDER

**NOW**, this 8th day of March, 2018, upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 103) and the defendant having waived his right to collaterally attack his sentence by filing a motion under 28 U.S.C. § 2255, it is **ORDERED** that the motion is **DISMISSED**.[1]

    /s/TIMOTHY J. SAVAGE

---

[1] The defendant previously filed a motion under 28 U.S.C. § 2255 on May 13, 2009. (Document No. 56). That motion was dismissed because the defendant had waived his right to file a § 2255 motion in his plea agreement. (Document No.59). The appellate waiver was upheld in our Memorandum Opinion. (Document No. 60). The Third Circuit Court of Appeals denied a certificate of appealability on January 25, 2010 (Document No. 68).